# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MITCHELL, | Case No. EDCV 07-1472-JTL |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: October 30, 2008

/s/
JENNIFER T. LUM
UNITED STATES MAGISTRATE JUDGE